# United States Court of Appeals
## For the First Circuit

No. 18-1148

UBS FINANCIAL SERVICES, INC. OF PUERTO RICO AND
UBS TRUST COMPANY OF PUERTO RICO,

Plaintiffs, Appellants,

v.

XL SPECIALTY INSURANCE CO., AXIS REINSURANCE CO.,
AND HARTFORD FIRE INSURANCE CO.,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on July 3, 2019 is amended as follows:

On page 30, line 16, replace "constructed" with "construed"

On page 32, line 11, move the period to precede the footnote number.